UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Dennis R. Simpson, II

    v.                                                        Civil No. 07-cv-265-SM

NH Department of Corrections, et al.

**O R D E R**

Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $8.00 is due no later than October 4, 2007. In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted each time the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. Failure to pay the fee as ordered will result in dismissal of the action without prejudice. In all other respects plaintiff's request for in forma pauperis has been granted.

    SO ORDERED.

                                                  James R. Muirhead
                                                  United States Magistrate Judge

Date: September 4, 2007

cc:    Dennis R. Simpson, II, pro se
        Bonnie S. Reed, Financial Administrator
        Northern NH Correctional Facility, Inmate Accounts