UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Dennis R. Simpson II</u>

    v.                              Civil No. 07-cv-265-SM

<u>William Wrenn, Commissioner,
New Hampshire Department of
Corrections, et al.</u>

**REPORT AND RECOMMENDATION**

    Before the Court is Dennis Simpson's request for preliminary injunctive relief (document nos. 3, 7 & 9).[1]  Initially filed on August 22, 2007 and September 5, 2007, Simpson asserted that a newly established policy at the Northern New Hampshire Correctional Facility ("NCF"), where he is an inmate, prohibited the NCF Muslim inmates from meeting in congregation as required by their religion.  Simpson sought injunctive relief for a period of ninety days so that the Muslim inmates could celebrate Ramadhan and Eid Ul-Fitr.  Because the ninety day period during which these holidays occurred has passed, and Simpson has not

---

[1] On August 22, 2007, Simpson filed an Emergency Motion for Preliminary Injunction (document no. 3).  Since that time, Simpson has filed two additional pleadings requesting a preliminary injunction (document nos. 7 & 9), all asserting the same grounds for relief.

renewed his request, I recommend that the request for preliminary injunction be denied as moot.

Any objections to this report and recommendation must be filed within ten (10) days of receipt of this notice. Failure to file objections within the specified time waives the right to appeal the district court's order. See Unauthorized Practice of Law Comm. v. Gordon, 979 F.2d 11, 13-14 (1st Cir. 1992); United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986).

_____
James R. Muirhead
United States Magistrate Judge

Date: January 31, 2008

cc: Dennis R. Simpson II, pro se