UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Dennis R. Simpson, II

v.                          Case No. 07-cv-265-SM

N.H. Department of Corrections, et al.

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge
Muirhead dated January 31, 2008, no objection having been filed, for the reasons
set forth therein.   Plaintiff's request for preliminary injunctive relief  (document
nos. 3, 7 and 9)  is hereby denied as moot.

SO ORDERED.

February  21, 2008                        _____
                                          Steven J. McAuliffe
                                          Chief Judge

cc:    Dennis R. Simpson, II, pro se